IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM BARKER, individually and on behalf of similarly situated persons,<br>*Plaintiff*<br><br>v.<br><br>ITL FOODS, LP D/B/A PIZZA HUT,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>NO.: 4:22-cv-00342<br><br><br>JURY TRIAL DEMANDED |

### JOINT SUBMISSION OF PROPOSED NOTICE TO CLASS MEMBERS

COME NOW, Plaintiff ADAM BARKER, individually and on behalf of similarly situated persons ("Plaintiff" or "BARKER"), and Defendant ITL FOODS, LP d/b/a PIZZA HUT ("Defendant" or "ITL Foods"), submit this their respective Proposed Notices to Class Members, pursuant to the Memorandum & Recommendation [Dkt. #44] and Order Granting Extension of Time [Dkt. #46].

Plaintiffs submit their Proposed Notice of Class Members as Exhibit A, attached hereto.

Defendant has engaged in the conference process and submits its Proposed Notice in order to comply with Magistrate Bray's Memorandum & Recommendation of July 24, 2023. [Dkt. #44]. By doing so, it agrees only that the Proposed Notice, attached herein as Exhibit B, accurately represents the Memorandum & Recommendation and is therefore agreed as to form only. Defendant expressly does not agree to the Proposed Notice in substance. Defendant intends to object to the Memorandum & Recommendation in a timely fashion and preserves all objections thereto. Accordingly, Defendant's participation in the preparation of this proposed Notice, prior to the District Court's order and any appeals thereof, and its submission should in no way be

1

construed as a waiver of any of its objections to the Memorandum & Recommendation and the Notice itself.

By way of convenience, the two Proposed Notices differ through the use of case style and caption in Plaintiffs' version and the absence thereof in Defendant's version.

Respectfully submitted,

**THORNTON, BIECHLIN,
    REYNOLDS & GUERRA, L.C.**
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216-4741
Telephone:    (210) 581-0294
Facsimile:    (210) 525-0666
Email:        MWallis@thorntonfirm.com
Email:        LMacom@thorntonfirm.com

_____
MICHAEL H. WALLIS – Attorney in Charge
SBN:  24033426
LAURA FLORES MACOM
SBN:  24002512
**ATTORNEYS FOR DEFENDANT
ITL FOODS, LLC**

AND

*/s/ C. Ryan Morgan*
C. Ryan Morgan (*pro hac vice*)
FBN: 0015527
Jolie N. Pavlos
FBN: 0125571 (*pro hac vice*)
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 15th Floor
P. O. Box 4979
Orlando, FL  32802-4979
Email:  RMorgan@forthepeople.com
Email:  JPavlos@forthepeople.com
**ATTORNEY FOR PLAINTIFFS
ADAM BARKER, INDIVIDUALLY**

2

**ON BEHALF OF ALL OTHER
SIMILARLY SITUATED PERSONS**

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing instrument has been properly delivered with the Clerk of the Court on this 4th day of August, 2023 amdg using the CM/ECF system which will send notification of such filing to the following counsel of record:

Andrew Dunlap
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Email: adunlap@mybackwages.com

C. Ryan Morgan
Jolie N. Pavlos
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 15th Floor
P. O. Box 4979
Orlando, FL 32802-4979
Email: RMorgan@forthepeople.com
Email: JPavlos@forthepeople.com
*Attorney for Plaintiffs*

                                                 Michael H. Wallis
                                                 Laura Flores Macom