IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ADAM BARKER, individually and on behalf of similarly situated persons,**<br><br>Plaintiff,<br><br>v.<br><br>**ITL FOODS, LP d/b/a PIZZA HUT,**<br><br>Defendant. | Case No. 4:22-cv-00342<br><br>Collective Action Complaint<br><br>Jury Demanded |

### NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, **ADAM BARKER,** individually and on behalf of similarly situated persons, gives notice of filing the attached Notices of Consent to Join (Exhibit "A") executed by the following similarly situated employees to Plaintiff, who likewise were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

1. Anthony Guardiola
2. Ashley Bendel
3. Denzel Miller
4. Idyn Adams
5. Adam Wayne Dickerson
6. Alain Yang
7. Amber Stokes
8. Amoy Miller
9. Andres Salazar

10. Angel Gallardo

11. Ariel Romo Gonzalez

12. Bianca Stitt

13. David Cherri

14. Evan Lewis Pearlman Morales

15. Geber Durant

16. Isidro Arellano

17. John C. Challis

18. Jose R. Zuluaga

19. Kameron Stewart

20. Kathleen Tamblyn

21. Martina Me-shun Barrett

22. Naomi Hernandez

23. Raymond Aguiar

24. Shamel Spooner

25. Thelma Cleaves

Date:   November 8, 2023

    Respectfully submitted,

    **/s/ C. RYAN MORGAN**
    C. Ryan Morgan, Esq.
    Florida Bar No.: 0015527
    Jolie N. Pavlos, Esq.
    Florida Bar No.: 0125571
    Morgan & Morgan, P.A.

20 N. Orange Ave., 15th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Email: RMorgan@forthepeople.com
              JPavlos@forthepeople.com


Andrew Dunlap, Esq.
Texas Bar No. 24078444
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza
Suite 3050
Houston, TX 77046
Telephone: (713) 352-1100
E-mail: adunlap@mybackwages.com

*Local Counsel*

*Counsel for the Plaintiff(s)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.